| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES III, JOHN E. | 2. Court or Organization<br><br>US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report<br><br>05/09/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>228 WALNUT STREET<br>HARRISBURG, PA 17108 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▨▨▨▨▨▨▨ | ▨▨▨▨▨▨▨▨▨▨ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |
| 3. | |

Jones III. John E.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | UTAH VALLEY UNIVERSITY | 2/17 - 2/19 | OREM, UT | LECTURE | AIRFARE, HOTEL, MEALS, AND PARKING |
| 2. | MEREDITH UNIVERSITY | 3/22 - 3/24 | MEREDITH, NC | LECTURE | MILEAGE, HOTEL, MEALS, AND PARKING |
| 3. | NEW YORK INTELLECTUAL PROPERTY LAW ASSN. | 3/26 - 3/27 | NEW YORK, NY | LECTURE | MILEAGE, HOTEL, MEALS, AND PARKING |
| 4. | WHITE HORSE VILLAGE | 4/1 - 4/2 | GRADYVILLE, PA | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 5. | VINCENNES UNIVERSITY | 9/13 - 9/14 | VINCENNES, IN | LECTURE | AIRFARE, HOTEL, MEALS, AND PARKING |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | ILLINOIS COLLEGE | 9/17 - 9/18 | JACKSONVILLE, IL | LECTURE | AIRFARE, HOTEL, MILEAGE, MEALS, AND PARKING |
| 7. | AMERICAN CONFERENCE INSTITUTE | 9/29 - 9/30 | NEW YORK, NY | LECTURE | MILEAGE, HOTEL, MEALS, AND PARKING |
| 8. | AMERICANS FOR SEPARATION OF CHURCH AND STATE | 11/13 - 11/14 | WASHINGTON, DC | LECTURE | HOTEL, MILEAGE, MEALS, AND PARKING |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. [redacted] | A | Distribution | O | W | | | | | |
| 2. [redacted] | A | Distribution | N | W | | | | | |
| 3. [redacted] | A | Distribution | O | W | | | | | |
| 4. [redacted] | A | Distribution | M | W | | | | | |
| 5. [redacted] | A | Distribution | N | W | | | | | |
| 6. [redacted] | A | Distribution | K | W | | | | | |
| 7. [redacted] | | None | J | W | | | | | |
| 8. [redacted] | A | Distribution | M | W | | | | | |
| 9. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 10. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 11. QUALITY VENDING INC-50% INTEREST | D | Distribution | L | W | | | | | |
| 12. LOAN RECEIVABLE-PHOENIX CONTRACTING | D | Interest | M | T | | | | | |
| 13. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | | None | | | Sold | 01/04/10 | J | | |
| 14. DREYFUS BALANCED OPPORTUNITY FUND CLASS A | A | Dividend | | | Sold | 07/20/10 | J | | |
| 15. PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | | | | | |
| 16. OPPENHEIMER GLOBAL FUND A - MUTUAL FUND | A | Dividend | | | Sold | 07/20/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. OPPENHEIMBER CAPITAL APPRECIATION FUND A - MUTUAL FUND | | None | | | Sold | 07/20/10 | J | | |
| 18. CVX COMMON STOCK-IRA | B | Dividend | J | T | Sold (part) | 11/24/10 | K | D | |
| 19. HPQ COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | B | |
| 20. XOM COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | K | C | |
| 21. FULT COMMON STOCK-IRA | A | Dividend | | | Sold | 11/24/10 | J | | |
| 22. GE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 23. HON COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | A | |
| 24. KMB COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | A | |
| 25. BANCO SANTANDER CENT HISPANO CDR - IRA | A | Dividend | | | Sold | 11/24/10 | J | | |
| 26. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 27. MMM COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | A | |
| 28. PEP COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | B | |
| 29. PFE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 30. UNION BANCORP INC - IRA | | None | J | T | | | | | |
| 31. NATIONWIDE MUTUAL FUND CLASS A | A | Dividend | J | T | | | | | |
| 32. UNION BANK & TRUST CO.-SAVINGS | A | Interest | | | Redeemed | 07/20/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | J | T | | | | | |
| 34. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND - FBCVX | A | Dividend | J | T | | | | | |
| 35. VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 36. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND - FRIFX | A | Dividend | J | T | | | | | |
| 37. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 38. AFLAC INC - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | A | |
| 39. FNB DAILY FUND - IRA | A | Dividend | | | Redeemed | 08/12/10 | J | | |
| 40. HOME DEPOT INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 41. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | B | |
| 42. FNB DAILY FUND - IRA | A | Dividend | K | T | | | | | |
| 43. APPLE COMPUTER - COMMON STOCK | | None | J | T | | | | | |
| 44. GLD - COMMON STOCK | | None | J | T | Sold (part) | 01/27/10 | J | D | |
| 45. FEDERATED TOTAL RETURN BD MUTUAL FUND - IRA - FTRBX | C | Dividend | K | T | Sold (part) | 11/29/10 | K | B | |
| 46. VANGUARD INTERM TERM BOND INDEX FUND - IRA - VIBSX | C | Dividend | | | Sold | 11/29/10 | L | D | |
| 47. VANGUARD SHORT-TERM FED-ADM #549 MUTUAL FUND - IRA VSGDX | B | Dividend | | | Sold | 11/29/10 | L | C | |
| 48. TARGET CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 49. WELLS FARGO & CO - COMMON STOCK - IRA - WFC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 50. RR DONNELLEY & SONS CO - COMMON STOCK - IRA | A | Dividend | | | Sold | 11/24/10 | J | | |
| 51. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 52. APPLIED MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | | |
| 53. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | A | |
| 54. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 11/24/10 | J | | |
| 55. SELECT SECTOR SPDR TR UTILITIES - COMMON STOCK - IRA | A | Dividend | | | Sold | 11/24/10 | K | | |
| 56. SELECT SECTOR SPDR TR MATERIALS - COMMON STOCK - IRA | A | Dividend | | | Sold | 11/24/10 | K | A | |
| 57. DODGE & COX STOCK FUND - MUTUAL FUND - IRA | B | Dividend | L | T | Sold (part) | 11/29/10 | K | | |
| 58. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 59. MEREDITH CORP - IRA | A | Dividend | | | Sold | 11/24/10 | J | | |
| 60. CITIGROUP - IRA | | None | J | T | | | | | |
| 61. FEDERATED STRATEGIC VALUE FUND #662 - IRA | A | Dividend | K | T | | | | | |
| 62. OAKMARK INT'L #109 - IRA | A | Dividend | J | T | | | | | |
| 63. HARBOR INT'L FUND #11 - IRA | A | Dividend | K | T | Buy (add'l) | 11/26/10 | K | | |
| 64. HARBOR INT'L FUND #11 - IRA | A | Dividend | K | T | Sold (part) | 08/12/10 | J | | |
| 65. BAIDU COM INC SPON ADR | | None | | | Sold | 04/16/10 | J | C | |
| 66. LIBERTY GLOBAL INC | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 67. S&P MID CAP 400 - MDY | A | Dividend | J | T | | | | | |
| 68. ORRSTOWN FINANCIAL SERVICES | A | Dividend | J | T | | | | | |
| 69. SUSQUEHANNA BANK | A | Dividend | J | T | | | | | |
| 70. AMERICAN CENTURY MID CAP VALUE - ACMVX | A | Dividend | J | T | | | | | |
| 71. BRIDGEWAY LARGE CAP GROWTH | A | Dividend | J | T | | | | | |
| 72. FIDELITY BALANCED FBALX | A | Dividend | J | T | | | | | |
| 73. VANGUARD US VALUE VUVLX | A | Dividend | J | T | | | | | |
| 74. FEDERATED STRATEGIC VALUE #662 - IRA - SVAIX | A | Dividend | | | Sold | 08/12/10 | J | A | |
| 75. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 76. PHOENIX CONTRACTING - ▓▓▓ BUSINESS | | None | J | W | | | | | |
| 77. FEDERATED INTERCONTINENTAL FUND - IRA | A | Dividend | | | Sold | 08/12/10 | J | | |
| 78. NXG COMMON STOCK | | None | | | Sold | 10/04/10 | J | A | |
| 79. NG COMMON STOCK | | None | | | Sold | 11/01/10 | J | C | |
| 80. POT COMMON STOCK | A | Dividend | | | Sold | 03/08/10 | J | A | |
| 81. AGCO COMMON STOCK | | None | | | Sold | 02/17/10 | J | A | |
| 82. IPI COMMON STOCK | | None | J | T | Sold (part) | 03/08/10 | J | A | |
| 83. GDXJ COMMON STOCK | | None | | | Sold | 01/26/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ . ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84.  MFN COMMON STOCK | | None | J | T | Sold (part) | 03/02/10 | J | A | |
| 85.  CCJ COMMON STOCK | A | Dividend | | | Sold | 11/29/10 | J | A | |
| 86.  CCJ COMMON STOCK | A | Dividend | | | Sold | 11/29/10 | J | A | |
| 87.  CAMECO CORP | A | Dividend | | | Buy | 08/26/10 | J | | |
| 88.  CAMECO CORP | A | Dividend | | | Sold | 11/29/10 | J | A | |
| 89.  DIAMOND OFFSHORE DRILLING | A | Dividend | | | Buy | 09/27/10 | J | | |
| 90.  DIAMOND OFFSHORE DRILLING | A | Dividend | | | Sold | 11/30/10 | J | | |
| 91.  MARKET VECTORS ETF TR GOLD | | None | | | Buy | 02/26/10 | J | | |
| 92.  MARKET VECTORS ETF TR GOLD | | None | | | Sold | 07/21/10 | J | A | |
| 93.  MICROSOFT | | None | | | Buy | 08/24/10 | J | | |
| 94.  MICROSOFT | | None | | | Sold | 09/09/10 | J | | |
| 95.  MITSUBISHI UJF FINANCIAL | A | Dividend | | | Buy | 03/02/10 | J | | |
| 96.  MITSUBISHI UJF FINANCIAL | A | Dividend | | | Sold | 04/28/10 | J | | |
| 97.  MOSAIC COMPANY | A | Dividend | | | Buy | 01/27/10 | J | | |
| 98.  MOSAIC COMPANY | A | Dividend | | | Sold | 03/08/10 | J | A | |
| 99.  POTASH ONE INC  . | | None | | | Buy | 08/23/10 | J | | |
| 100.  POTASH ONE INC | | None | | | Sold | 11/22/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. POTASH CORP OF SASKATCHOWAN | A | Dividend | | | Buy | 07/08/10 | J | | |
| 102. POTASH CORP OF SASKATCHOWAN | A | Dividend | | | Sold | 08/17/10 | J | B | |
| 103. WEYERHAEUSER CO | | None | | | Buy | 11/01/10 | J | | |
| 104. WEYERHAEUSER CO | | None | | | Sold | 11/29/10 | J | | |
| 105. SUNCOR ENERGY | A | Dividend | J | T | Buy | 01/27/10 | J | | |
| 106. CHESAPEAKE ENERGY CORP | | None | J | T | Buy | 12/03/10 | J | | |
| 107. ALLIED NEVADA GOLD CORP | | None | J | T | Buy | 01/27/10 | J | | |
| 108. EXETER RESOURCE CORP | | None | J | T | Buy | 10/07/10 | J | | |
| 109. FRONTEER GOLD INC | | None | J | T | Buy | 01/27/10 | J | | |
| 110. INTERNATIONAL TOWER HILL MINES | | None | J | T | Buy | 10/18/10 | J | | |
| 111. SPROTT PHYSICAL GOLD TR UNITS | | None | J | T | Buy | 11/22/10 | J | | |
| 112. YAMANA GOLD INC | A | Dividend | J | T | Buy | 11/08/10 | J | | |
| 113. NATIONAL FINANCIAL SERVICES - MM | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 114. CHANGYOU COM LTD - CYOU | | None | J | T | Buy | 01/06/10 | J | | |
| 115. GENERAL MOTORS CO - GM | | None | J | T | Buy | 11/24/10 | J | | |
| 116. FIDELITY CONTRA FUND - FCNTX | A | Dividend | J | T | Buy | 04/26/10 | J | | |
| 117. HEARTLAND VALUE PLUS - HRVIX | A | Dividend | J | T | Buy | 04/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 · | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 118. TCW EMERGING MARKETS INCOME - TGINX | A | Dividend | J | T | Buy | 02/01/10 | J | | |
| 119. FEDERATED ARMS FUND - FEUGX - IRA | A | Dividend | K | T | Buy | 11/26/10 | K | | |
| 120. FEDERATED INST HIGH YIELD BD - FIHBX - IRA | A | Dividend | J | T | Buy | 11/26/10 | J | | |
| 121. VANGUARD SHORT-TERM BOND INDEX - VBSSX - IRA | A | Dividend | K | T | Buy | 11/26/10 | K | | |
| 122. VANGUARD INTER-TERM INV GRADE - VFIDX - IRA | A | Dividend | K | T | Buy | 11/26/10 | K | | |
| 123. VANGUARD SHORT-TERM INV GRADE - VFSUX - IRA | A | Dividend | L | T | Buy | 11/26/10 | L | | |
| 124. BARON SMALL CAP FUND - BSFIX - IRA | | None | J | T | Buy | 11/26/10 | J | | |
| 125. COHEN & STEERS REALTY SHARES - CSRSX - IRA | A | Dividend | J | T | Buy | 11/26/10 | J | | |
| 126. FEDERATED INTERCONTINENTAL FD - ICFIX - IRA | A | Dividend | K | T | Buy | 11/26/10 | K | | |
| 127. GOLDMAN SACHS M/C VALUE INST - GSMCX - IRA | A | Dividend | K | T | Buy | 11/26/10 | K | | |
| 128. PERKINS SMALL CAP VALUE - JSCOX - IRA | A | Dividend | J | T | Buy | 11/26/10 | J | | |
| 129. PIMCO COMMODITY TOTAL RETURN - PCRIX - IRA | A | Dividend | J | T | Buy | 11/26/10 | J | | |
| 130. T ROWE PRICE MID CAP GWTH - RPMGX - IRA | A | Dividend | K | T | Buy | 11/26/10 | K | | |
| 131. T ROWE PRICE EMERGING MKT ST - PRMSX - IRA | A | Dividend | K | T | Buy | 11/26/10 | K | | |
| 132. AT&T INC - T - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 133. ANALOG DEVICES - ADI - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 134. AUTOMATIC DATA PROCESSING - ADP - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. INTERNATIONAL BUSINESS MCHS - IBM - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 136. PAYCHEX INC - PAYX - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 137. QUALCOMM INC - QCOM - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 138. VISA INC - V - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 139. GENUINE PARTS CO - GPC - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 140. MCDONALDS CORP - MCD - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 141. H J HEINZ CO - HNZ - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 142. PROCTER & GAMBLE CO - PG - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 143. WALMART STORES INC - WMT - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 144. CHESAPEAKE ENERGY CORP - CHK - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 145. CONOCO PHILLIPS - COP - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 146. OCCIDENTAL PETROLEUM - OXY - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 147. TIDEWATER INC - TDW - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 148. CHUBB CORP - CB - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 149. FEDERATED INVS INC PA CLB - FII - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 150. NYSE EURONEXT - NYX - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 151. ABBOTT LABS - ABT - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. BRISTOL MYERS SQUIBB - BMY - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 153. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 154. ELI LILLY & CO - LLY - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 155. EMERSON ELECTRIC - EMR - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 156. NORFOLK SOUTHERN CO - NSC - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 157. DUPONT EI DE NEMOURS - DD - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 158. FREEPORT - MCMORAN - FCX - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 159. PPG INDUSTRIES INC - PPG - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 160. WINDSTREAM CORP - WIN - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 161. DOMINION RES INC VA - D - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 162. EXELON CORP - EXC - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 163. SOUTHERN CO - SO - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 164. ROYAL DUTCH SHELL - RDS - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |
| 165. ACCENTURE PLC IRELAND - ACN - IRA | A | Dividend | J | T | Buy | 11/24/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/09/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **JOHN E. JONES III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544